| | |
|---|---|
| Brandon C. Fernald (SBN 222429) | Richard G. Frenkel (CA 204133) |
| brandon.fernald@fernaldlawgroup.com | rick.frenkel@lw.com |
| FERNALD LAW GROUP APC | S. Giri Pathmanaban (CA 284802) |
| 510 W 6th Street, Suite 700 | giri.pathmanaban@lw.com |
| Los Angeles, CA 90014 | LATHAM & WATKINS LLP |
| P: (323) 410-0320 \| F: (323) 410-0330 | 140 Scott Drive |
| | Menlo Park, CA 94025 |
| *Attorneys for Plaintiff* | Phone: (650) 328-4600 |
| *Technical LED Intellectual Property, LLC* | Fax: (650) 463-2600 |
| | |
| | Gaurav Asthana (CA 315866) |
| | gaurav.asthana@lw.com |
| | LATHAM & WATKINS LLP |
| | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California 94111 |
| | Phone: (415) 391-0600 |
| | Fax: (415) 395-8095 |
| | |
| | *Attorneys for Defendant Lifi Labs, Inc., d/b/a LIFX* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **TECHNICAL LED INTELLECTUAL PROPERTY, LLC,** a Delaware limited liability company,<br><br>       Plaintiff,<br><br>vs.<br><br>**LIFI LABS, INC.,** d/b/a LIFX, a Delaware corporation,<br><br>       Defendant. | Case No. 4:19-cv-00392-PJH<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Technical LED Intellectual Property, LLC and defendant Lifi Labs, Inc., by and through their counsel of record, stipulate to the dismissal of all claims and counterclaims in this action without prejudice, each party to bear its own attorneys' fees and costs.

Dated: May 15, 2019

By  /s/ *Brandon C. Fernald*
Brandon C. Fernald (SBN 222429)
brandon.fernald@fernaldlawgroup.com
FERNALD LAW GROUP APC
510 W 6th Street, Suite 700
Los Angeles, CA 90014
P: (323) 410-0320 | F: (323) 410-0330

*Attorneys for Plaintiff*
*Technical LED Intellectual Property, LLC*

By  /s/ *Richard G. Frenkel*
Richard G. Frenkel (CA 204133)
rick.frenkel@lw.com
S. Giri Pathmanaban (CA 284802)
giri.pathmanaban@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
P: (650) 328-4600 | F: (650) 463-2600

Gaurav Asthana (CA 315866)
gaurav.asthana@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Phone: (415) 391-0600
Fax: (415) 395-8095

*Attorneys for Defendant*
*Lifi Labs, Inc., d/b/a LIFX*

**ATTESTATION OF FILER**

I, Richard G. Frenkel, am the ECF user whose ID and password are being used to file this Joint Stipulation of Dismissal. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: May 15, 2019     By:     /s/ Richard G. Frenkel
                                        Richard G. Frenkel